FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUN -4 AM 11: 33
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JUAN JOSE ZUNIGA HERNANDEZ, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 318-011 |
| STACY STONE, Warden, | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 8). Petitioner offers nothing to change the Magistrate Judge's conclusion that Petitioner has not met his burden to show the savings clause applies to allow him to proceed with a petition filed pursuant to 28 U.S.C. § 2241. Thus, the Court **OVERRULES** the objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Respondent's motion to dismiss the § 2241 petition (doc. no. 4). Therefore, the Court **DISMISSES** the § 2241 petition, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 4th day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE